IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00158-LTB-OES

FRANCES MOORE,

Plaintiff(s),

vs.

COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF YOUTH SERVICES, et al.,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    The Unopposed Request for Adjuster, Craig Freid, to Appear by Telephone at the Settlement Conference [Doc. #15, filed 10/5/05] is GRANTED.