IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00158-LTB-OES

FRANCES MOORE,

Plaintiff,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF YOUTH SERVICES, et al.,

Defendants.

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on January 13, 2006.**

Plaintiff's Unopposed Motion To Vacate Settlement Conference [Filed January 12, 2006; Docket #35] is **GRANTED**.  The Settlement Conference currently scheduled in this matter for January 19, 2006, at 10:30 a.m., is hereby **VACATED**.  The parties are instructed to contact chambers at (303) 844-4507 to reschedule this conference to a date following close of discovery.  If the parties do not desire to participate in a court-hosted settlement conference in this case at some future time, then there is no need for rescheduling.