IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00158-LTB-MEH

FRANCES MOORE,

Plaintiff,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES,
DIVISION OF YOUTH SERVICES;
STEVEN BATES, in his official capacity;
CAREN LEAF, in her official capacity;
PATRICIA L. KIRK, in her individual and official capacity;
KITTY ARNOLD, in her individual and official capacity; and
DWAYNE EPPLE, in his individual and official capacity,

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2006.**

The Court having been advised that this case has settled, the State Defendants' Unopposed Motion to Vacate Pretrial Conference [Filed February 23, 2006; Docket #53] is **granted**. The Pretrial Conference scheduled for March 1, 2006, at 9:15 a.m. is **vacated.**

Settlement/dismissal documents **shall be** submitted to the Court on or before March 24, 2006, or this Court shall recommend that this action be dismissed without any further notice or hearing.