**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00158-LTB-OES

FRANCES MOORE,

       Plaintiff,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF YOUTH SERVICES;
STEVEN BATES, in his official capacity;
CAREN LEAF, in her official capacity;
PATRICIA L. KIRK, in her individual and official capacity;
KITTY ARNOLD, in her individual and official capacity; and
DWAYNE EPPLE, in his individual and official capacity,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Doc 62 - filed April 14, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                     BY THE COURT:

                                       s/Lewis T. Babcock
                                     Lewis T. Babcock, Chief Judge

DATED: April 17, 2006